# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

Koren Wagner,

                Plaintiff,

v.

Hanon Systems USA, LLC,

                Defendant.

_____/

Case No. 24-13047

Judith E. Levy
United States District Judge

Mag. Judge Kimberly G. Altman

## **ORDER DISMISSING CASE WITHOUT PREJUDICE**

On February 10, 2026, Plaintiff Koren Wagner filed a notice of dismissal without prejudice. (ECF No. 13.)

Federal Rule of Civil Procedure 41(a)(1) governs voluntary dismissals by the plaintiff. A voluntary dismissal by the plaintiff may be done without a court order through either "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment," or by "a stipulation of dismissal signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A).

Plaintiff's notice of dismissal without prejudice is signed by both parties. (ECF No. 13, PageID.127.) Therefore, the Court construes

Plaintiff's notice of dismissal as a stipulation and DISMISSES the case without prejudice pursuant to the parties' filing. The Court also clarifies that Court approval is not necessary pursuant to Federal Rule of Civil Procedure 23(e) because the class in this case has not been certified.

IT IS SO ORDERED.

Dated: February 13, 2026      s/Judith E. Levy
Ann Arbor, Michigan           JUDITH E. LEVY
                                          United States District Judge

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on February 13, 2026.

                                          s/William Barkholz
                                          WILLIAM BARKHOLZ
                                          Case Manager